*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HENSON, et al., | CASE NO.: EDCV 12-851-GW(VBKx) |
| *Plaintiff,* | |
| vs. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| AMERICAN HOME MORTGAGE SERVICING, INC., et al., | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action against Defendants, is dismissed, with prejudice.

DATED: June 18, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1