1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

17

18

19

20

| | |
|---|---|
| MICHAEL HENSON; BRENDA HENSON | ) Case No.:  EDCV12-00851 GW (VBKx). |
| | ) |
| Plaintiffs, | ) Assigned to:  Hon. George H. Wu |
| | ) |
| vs. | ) **JUDGMENT** |
| | ) |
| AMERICAN HOME MORTGAGE SERVICING, INC.; WELLS FARGO BANK, N.A.; and DOES 1-100, Inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Dismissing Action with Prejudice (DKT # 10), it is

ORDERED AND ADJUDGED that Plaintiffs' Complaint against Defendants

American Home Mortgage Servicing, Inc. and Wells Fargo Bank, N.A. be

DISMISSED WITH PREJUDICE. The Court orders that such judgment be

entered.

Dated:  July 29, 2012            By:  _____

HON. GEORGE H. WU

United States District Judge

-1-

**JUDGMENT**